# United States District Court

## Southern District of Georgia

United States of America

_____
Plaintiff

v.

William Siveter
_____
Defendant

Case No.  1:21-cr-00058-JRH-BKE

Appearing on behalf of: _____

William Siveter
_____
(Plaintiff/Defendant)

## APPLICATION FOR ADMISSION PRO HAC VICE

**Petitioner**, _____Bruce A. Zimet_____ hereby requests permission to appear pro hac vice in the subject case filed in the _____Criminal_____ Division of the United States District Court for the Southern District of Georgia. **Petitioner** states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, _____Southern District of Florida_____. **Petitioner** states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

**Petitioner** designates _____Amy Lee Copeland_____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

**Petitioner** further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __16th__ day of _____August_____, __2021__.

_____
(Signature of **Petitioner**)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, _____Amy Lee Copeland_____, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the **Petitioner** fail to respond to any Court order for appearance or otherwise. This __17__ day of __August__, __2021__.

__186730__
Georgia Bar Number

(912) 807-5000
Business Telephone

_____
Signature of Local Counsel

Rouse & Copeland, LLC  (Law Firm)
602 Montgomery Street  (Business Address)
Savannah, Georgia 31401  (City, State, Zip)
(Mailing Address)
amyleecopeland@roco.pro  (Email Address)

# United States District Court
## Southern District of Georgia

United States of America

_____
Plaintiff

v.

William Siveter
_____
Defendant

Case No. 1:21-cr-00058-JRH-BKE

Appearing on behalf of

William Siveter
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | Bruce A. Zimet |
| Business Address: | Bruce A. Zimet, P.A. |
| | Firm/Business Name |
| | 1555 Palm Beach Lakes Boulevard |
| | Street Address |
| | Suite 1400 / West Palm Beach / FL / 33401 |
| | Street Address (con't) / City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | (954) 764-7081 |
| | Telephone Number (w/ area code) / Georgia Bar Number |
| Email Address: | baz@bruceazimetlaw.com |